IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
                                                          Case No. 11-33754
    MURRAY, MATTHEW D. :    Chapter 7
    MURRAY, ADRINA C.        Judge Guy R. Humphrey
                                         :
            Debtors.

## NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT

As set forth below, the Trustee proposes to sell and or dispose to the Debtors certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
                                                                              7925 Graceland Street
                                                                              Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**10/20/2011**                                                                            **/s/ *John Paul Rieser***

Date of Issuance                                                              John Paul Rieser, Esq.

# NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtors in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtors.

The property at issue is a 2006 Honda Odyssey EXL("Vehicle") scheduled by the Debtors. The Debtors scheduled the value of the Vehicle as $14,800.00. The Trustee determined the value of the Vehicle to be $14,675.00 based on the NADA clean trade in value. From this value, the Trustee deducted (1) Debtors' exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $8,050.00; (2) the average cost of sale amount of $125.00[1]. The non-exempt equity owed to creditors for the Vehicle is $6,500.00 and the Debtors have paid this amount to the Trustee. The Trustee believes that disposing of the Vehicle by permitting the Debtors to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

This condition adjustment is based on Trustee's experience in selling vehicles at auctions in the current market environment.

Respectfully yours,

**/s/ *John Paul Rieser***
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT** was served this 20th day of October, 2011, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

        Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

        Alvin J. Lopez ajlopez438@att.net

**/s/ *John Paul Rieser***
_____

John Paul Rieser [lrs/718]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:11-bk-33754<br>Southern District of Ohio<br>Dayton<br>Wed Oct 19 15:50:54 EDT 2011 | United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 | AAA Financial Services<br>PO Box 15026<br>Wilmington, DE 19850-5026 |
| Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Bank Of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Adrina C. Murray<br>2546 Countryside Drive<br>Fairborn, OH 45324-2661 |
| Alvin J. Lopez<br>301 E. Stroop Rd.<br>Suite B<br>Kettering, OH 45429-2811 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 | Matthew D. Murray<br>2546 Countryside Drive<br>Fairborn, OH 45324-2661 |

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11